THE CONTINENTAL NATIONAL BANK, on Behalf of Itself and
All Other Creditors of J. PREVOST MASON, Respondent, *v.*
NETTIE H. MOORE, Appellant, and THE FIDELITY AND CASU-
ALTY COMPANY, Respondent.

*Continental National Bank* v. *Moore,* 83 App. Div. 419, appeal dismissed.
(Argued April 10, 1905; decided April 18, 1905.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the first judicial depart-
ment, entered June 15, 1903, affirming a judgment in favor
of plaintiff entered upon a decision of the court on trial at
Special Term.

The motion was made upon the grounds that the judgment appealed from was one unanimously affirming a judgment rendered in an action to set aside an assignment as in fraud of creditors, and that an appeal therefrom had not been allowed.

*George Coggill* for motion.

*William B. Tullis* opposed.

Motion granted and appeal dismissed, with costs that have accrued, and ten dollars costs of motion.